# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michelle Lee Goetz,  Civil No. 16-4313 (DWF/DTS)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security,*

    Defendant.

    The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 30, 2018.  (Doc. No. 20.) On February 14, 2018, Defendant filed a non-objection response to the Report and Recommendation.  (Doc. No. 21.)  No objections have been filed to that Report and Recommendation in the time period permitted.  The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

    1.    Magistrate Judge David T. Schultz's January 30, 2018 Report and Recommendation (Doc. No. [20]) is **ADOPTED**.

     2.     Michelle Lee Goetz's Motion for Summary Judgment (Doc. No. [15]) is **DENIED**.

     3.     The Commissioner's Motion for Summary Judgment (Doc. No. [18]) is **GRANTED**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 1, 2018         s/Donovan W. Frank
                                     DONOVAN W. FRANK
                                     United States District Judge